**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GRAZYNA MANIECKA,

       Plaintiff,                                 Case No.: 1:26-cv-01249

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

       Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|-----|------------|
| 1 | jinlljh |
| 2 | UniqueCustomDIYShop |
| 3 | 衡阳丰忧商贸有限公司 |
| 4 | haoggch |
| 5 | yiyangshiheshanquliqueshangmaodian(gerenduzi) |
| 6 | TIN66 |
| 7 | Sallyfanny14 |
| 8 | JiaQiLi |
| 9 | Yangyang999 |
| 10 | Ohno Tin Signs Store |
| 11 | xinxiangshiweibinqutengdazaishengziyuanhuisho |
| 12 | RenKeCould |
| 13 | difeijiashengtaihuanjingkeji |
| 14 | GuangShuiShiLiZhuiLangShangMaoYouXianGongSi |
| 15 | Find9Lun |
| 16 | xiaoweiss |
| 17 | Tie Fa Shi Ye |
| 18 | shenzhenshidepuhuikejiyou |
| 19 | LiuHaiYan547 |
| 20 | YaoAnXiaoCuanShangMaoYouXianGongSi |
| 21 | professor think |
| 22 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 23 | yanlingxianfengyingmuye |
| 24 | 海冯边玩具 |

| | |
|---|---|
| 25 | dongguanshijinhonggongyipin |
| 26 | jinhuashimiaobafushiyouxiangongsi |
| 27 | LanLiXiaHongTing |
| 28 | jiangmenshixinhuiqudefuniqiufuhu |
| 29 | zhshiun |
| 30 | jjinf |
| 31 | dongguanshishengyuexiecai |
| 32 | fuyangchezhihuaqichefuwu |
| 33 | ddaz、 |
| 34 | luoyanghuaqianjianzhugongcheng |
| 35 | 义乌市奎谬电子商务商行 |
| 36 | henandianxiandiancanyinguanliyoux |
| 37 | shaoshandian78 |
| 38 | zhoukouguixinshangmaoyouxiangongsi |
| 39 | SuLianShangMao126 |
| 40 | luoyangshipengwudaoluyunshu |
| 41 | hongqingstore |
| 42 | guangxiyibohuikejiyouxian |
| 43 | YangXianCangSiShangM |
| 44 | AET50FQ47ez |
| 45 | Bao Shuili Shop |
| 46 | shopChangqing |
| 47 | DongGuanShiMoBiaoFuZhuangYouXianGongSi |
| 48 | henanruiqihaowangluokeji |
| 49 | dalianguyanwangshishangmao |
| 50 | wanyujiewangmao32 |
| 51 | dikuguanggaochuanmeiyouxiangongsi |
| 52 | heilongjiangzhizhuangruishangmaoyouxiangongsi |
| 53 | linquanwanchangwangluokeji |
| 54 | xinzhengshihongdajiankangguanlifuwu |
| 55 | hexianyusix |
| 56 | TangYinXianZhongXinQiCheZuLinFuWu |
| 57 | 金华市欧狮电子商务商行 |
| 58 | 乐玩童品铺 |
| 59 | GeLaSiWangLuoKeJiYangPuYouXianGongSi |
| 60 | jiexiushiyuanfengmaoyiyouxiangongsi |
| 61 | GUANGFFT |
| 62 | 杯架数显 |
| 63 | YangZiXuan2025 |
| 64 | fuyangshixingbozhinengkeji |

| 65 | Huangss |
|-----|---------|
| 66 | FIYY |
| 67 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 68 | chenzhoushibeihuqumanying |
| 69 | MINJIEXIAODIAN |
| 70 | YellowSignShop |
| 71 | ChenMei46 |
| 72 | xinxiangshipanpanshangmao |
| 73 | ZhuZhouHuanMiaoShangMaoYouXianGongSi |
| 74 | ShiChiSiWenSanaoYuXiaGongSi |
| 75 | SanHeShiJunHuiShangMaoYouXianGongSi |
| 76 | puyangshihaihuilvxingshe |
| 77 | zzfgn |
| 78 | FoShanShiHangJianPuBaiHuoShangHang |
| 79 | 家居饰件商铺 |
| 80 | henanhuifengyejinziyuan |
| 81 | 发发厨房厨盆道具 |
| 82 | ShanXiShengJieTuoZhuangShi |
| 83 | ShenZhenMuXiKeJiYouXianGongSi |
| 84 | HHFUI |
| 85 | mming |
| 86 | xuelezuomao |
| 87 | ZhuShiHuang2025 |
| 88 | lyxrrdq |
| 89 | zhengzhouxianyunqigongyinglian |
| 90 | ZhouMingLaoShangM |
| 91 | yingshangxianjinxiushuichanjiating |
| 92 | anhuishengrongrenshicaiyouxiangongsi |
| 93 | ddefs |
| 94 | qifangshop |
| 95 | ZX Zhang Xu |
| 96 | xiongnaiya2606 |
| 97 | A surname |
| 98 | YANGDEDE |
| 99 | StarDragon Fly LIMITED |
| 100 | Trendy HavenOK |
| 101 | SPPsrone |
| 102 | AQ Fashion Shoe Shop |
| 103 | yiwanlin |
| 104 | SUNNYHOPE |